UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARI FRANKLIN, on behalf of herself and all others similarly situated, | : : : |
| Plaintiff, | : : |
| v. | :    CASE NO. 3:09 CV 1363 (MRK) : |
| MIDLAND CREDIT MANAGEMENT, INC. MIDLAND FUNDING LLC, and ENCORE CAPITAL GROUP, INC. | : : : : |
| Defendants. | : |

## **STIPULATION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Shari Franklin and Defendants Midland Credit Management, Inc., Midland Funding LLC and Encore Capital Group, Inc., hereby stipulate to the dismissal of Plaintiff's claims against Defendants Midland Credit Management, Inc., Midland Funding LLC and Encore Capital Group, Inc. without prejudice and with leave to reinstate by March 11, 2011.

Respectfully submitted,

/s/ Cassandra P. Miller                                          /s/ Jill E. Alward

Daniel A. Edelman                                                Thomas A. Leghorn
Cathleen M. Combs                                                Jill E. Alward
James O. Latturner                                               Stephen P. Brown
Cassandra P. Miller                                              Wilson, Elser, Moskowitz, Edelman &
EDELMAN, COMBS, LATTURNER                                        Dicker LLP
& GOODWIN, LLC                                                   1010 Washington Blvd, 11th Floor
120 S. LaSalle Street, Suite 1800                                Stamford, CT  06901-2022
Chicago, Illinois  60603                                         *(Counsel for Defendant)*
*(Counsel for Plaintiff)*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2010, a copy of the within was filed. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas A. Leghorn
Jill E. Alward
Stephen P. Brown
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1010 Washington Blvd, 11th Floor
Stamford, CT  06901-2022

/s/ Cassandra P. Miller